# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

NICHOLAS CARPENTER
ADC #148053                                                           PLAINTIFF

v.                              No. 5:18-cv-136-DPM

ARKANSAS DEPARTMENT OF
CORRECTION and BURNETT,
Doctor/Oral Surgeon                                                   DEFENDANTS

## ORDER

Unopposed recommendation, № 7, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The ADC will be dismissed with prejudice. Carpenter's claims against Burnett will be dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

29 April 2019