IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS CARPENTER
ADC #148053                                                  PLAINTIFF

v.                      No. 5:18-cv-136-DPM

ARKANSAS DEPARTMENT OF
CORRECTION and BURNETT,
Doctor/Oral Surgeon                            DEFENDANTS

## JUDGMENT

Carpenter's claims against the ADC are dismissed with prejudice.

His claims against Burnett are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2019